[No. 8358–2–II. Division Two. February 26, 1987.]

856 CATALINA, *Appellant,* v. ARTHUR BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for Lewis County, No. 84–2–00427–2, Dale M. Nordquist, J., entered January 2, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Utter, J. Pro Tem., concurred in by Healy and Lodge, JJ. Pro Tem.

[No. 8268–3–II. Division Two. February 26, 1987.]

CHERYL ANN KNECHT, ET AL, *Appellants,* v. SAMUEL ADAMS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–04034–1, J. Kelley Arnold, J., entered October 19, 1984. *Affirmed* by unpublished opinion per Skimas, J. Pro Tem., concurred in by Dolliver and Kirkwood, JJ. Pro Tem.